**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

Rhode Island
6th District Court
Filed

DEC **1 9** 2023

Waleada Shepard
Clerk

_____

289 KILVERT, LLC
SUCCESSOR IN INTEREST TO
PAUL AND BARRY MILLER
PARTNERSHIP, LLC,
    Plaintiff

v.

SBC TOWER HOLDINGS LLC,
_____Defendant_____

## DEFENDANT, SBC TOWER HOLDINGS LLC'S NOTICE OF REMOVAL

**TO THE HONORABLE JUSTICE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:**

Petitioner, SBC Tower Holdings LLC, respectfully shows this Court:

1.  The Petitioner is the Defendant in the above-entitled action.

2.  On or about October 30, 2023, the Plaintiff, 289 Kilvert, LLC, commenced an action against the Petitioner in the Rhode Island District Court Third Division, *289 Kilvert, LLC Successor in Interest to Paul and Bary Miller Partnership, LLC v. SBC Tower Holdings LLC*, No. 3CA-2023-07850.

3.  The Defendant executed a waiver of service of the Summons and Complaint on November 17, 2023.

4.  A copy of the Waiver of Service is attached hereto as Exhibit 1.

5.  A copy of the Summons and Complaint is attached hereto as Exhibit 2.

6.  By filing this Notice of Removal, the Petitioner reserves all claims and defenses, including, without limitation, those set forth in Fed. R. Civ. P. 12(b). Such claims and defenses include, but are not limited to, those related to personal jurisdiction or dismissal.

1

7. The Petitioner will also send a copy of this Notice of Removal to the Clerk of the Rhode Island District Court Third Division.

8. On December 14, 2023, the Rhode Island District Court Third Division denied the Petitioner's motion for removal to the Rhode Island Superior Court and allowed Plaintiff's motion to set a trial date.

9. No other proceedings have been had in the Rhode Island District Court Third Division.

10. The citizenships of the Plaintiff and the Defendant are completely diverse.

11. The Plaintiff is incorporated in the State of Rhode Island with its principal place of business in Rhode Island.

12. The Petitioner is a limited liability company formed in the State of Delaware, and its principal place of business is in Texas. All of Petitioner's members and corporate parents are citizens of (i) Delaware and (ii) one of the following of: Texas, Georgia, New Jersey, Illinois, or New York.

13. The amount in controversy for the claim against the Petitioner, exclusive of interest and costs, is in excess of $75,000.00. The Plaintiff alleges that as owner, lessor and assignee of commercial property, it is due from the Petitioner, its lessee, 50% of the rent from up to six sublessees, at a minimum of $800.00 per sublessee per month, for a period more than 20 years, all pursuant to a Lease Amendment dated September 17, 2003.

14. This Court, therefore, has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. sec. 1332, and removal of this action to this Court is proper, pursuant to 28 U.S.C. sec. 1441.

15. This Petition is filed with the Court within thirty (30) days of the Petitioner's receipt of the Complaint served in this action. *See* Exhibit 1.

16. In compliance with 28 U.S.C. sec. 1446(d), the Petitioner will give written notice of the

filing of the Notice of Removal to all adverse parties and will file a copy of the Notice

of Removal with the Clerk for Rhode Island District Court Third Division.

17. Pursuant to Local Rule 81, Petitioner will do whatever is necessary to ensure that the

state court record is filed with this Court, including, if necessary, filing in this Court

certified copies of all docket sheets and all documents filed in the Rhode Island District

Court Third Division, relative to the above-entitled matter.

WHEREFORE, the Petitioner, SBC Tower Holdings LLC, prays that the above-entitled

action be removed from the Rhode Island District Court Third Division.

*/s/ James T. Huggard*
JAMES T. HUGGARD/546407
Burns & Farrey, P.C.
2 South Bolton Street
Marlborough, MA 01752
T: (508) 756-6288
huggard@burnsandfarrey.com

## CERTIFICATE OF SERVICE

I, JAMES T. HUGGARD hereby certify under the pains and penalties of perjury that I have
this day emailed a copy of the within document to:

Murray Gereboff, Esquire
207 Waterman Street
Providence, RI 02906
gereboffm@yahoo.com

John O. Mancini, Esquire
56 Pine Street, 3rd Floor
Providence, RI 02903
jmancini@mancinicarter.com

*/s/ James T. Huggard*
JAMES T. HUGGARD

Dated: December 15, 2023

4854-0145-7047, v. 1

3

# CASE SUMMARY
## CASE NO. 3CA-2023-07850

| | | |
|---|---|---|
| **289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC v. SBC Tower Holdings LLC** | § § § § | Location: **3rd Division District Court** <br> Filed on: **10/30/2023** |

---

### CASE INFORMATION

**Statistical Closures**
12/19/2023    Non-Trial Disposition

Case Type: **Eviction - Seven (7) Day**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** <br> Case Number      3CA-2023-07850 <br> Court               3rd Division District Court <br> Date Assigned    10/30/2023 |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| Plaintiff | **289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC** <br> *One James P Murphy Highway* <br> *W. Warwick, RI 02893* | **GEREBOFF, MURRAY** <br> *Retained* <br> 4017514350(W) |
| Defendant | **SBC Tower Holdings LLC** <br> *10 Presidential Way* <br> *Woburn, MA 01801* | – |
| | | **HUGGARD, JAMES T** <br> *Retained* <br> ~~Pro Se~~ |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|

### OTHER EVENTS AND HEARINGS

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| 10/30/2023 | Commercial Property Eviction Complaint Filed <br> *eviction* |
| 10/31/2023 | Summons Issued |
| 11/29/2023 | Miscellaneous Document Filed <br> *"WAIVER OF SUMMONS"* |
| 11/29/2023 | Motion to Assign Trial |
| 11/29/2023 | Notice Sent |
| 11/29/2023 | Notice Sent |
| 11/29/2023 | Notice Sent |
| 11/29/2023 | Summons Returned Served <br> *atty for deft accepted service.* |

3RD DIVISION DISTRICT COURT

# CASE SUMMARY
## CASE NO. 3CA-2023-07850

| | |
|---|---|
| 12/12/2023 | Entry of Appearance<br>*Notice of Appearance - JTH* |
| 12/12/2023 | Answer Filed<br>*Defendant SBC Tower Holdings, LLC's answer to plaintiff's complaint* |
| 12/12/2023 | Notice of Removal<br>*Defendant SBC Tower Holdings, LLC's Demand for Removal to Superior Court Pursuant to R.I.G.L. sec. 8-8-3* |
| 12/14/2023 | **Hearing on Motion to Assign for Trial** (9:00 AM) (Judicial Officer: Trezvant, William J. ;Location: Kent Courtroom 2D)<br>*Hearing Continued* |
| 12/14/2023 | **Hearing on Motion to Remove** (10:00 AM) (Judicial Officer: Trezvant, William J. ;Location: Kent Courtroom 2D)<br>*Hearing Concluded* |
| 12/14/2023 | Notice Sent |
| 12/14/2023 | Notice Sent |
| 12/14/2023 | Notice Sent |
| 12/14/2023 | Notice Sent |
| 12/19/2023 | Notice of Removal |
| 12/19/2023 | Case Removed to US District Court<br>Party: Defendant SBC Tower Holdings LLC |
| 01/17/2024 | *CANCELED* **Status Conference** (9:00 AM) (Judicial Officer: Trezvant, William J. ;Location: Kent Courtroom 2D)<br>*No Action By Court* |

| DATE | FINANCIAL INFORMATION |
|---|---|

| | | |
|---|---|---|
| | **Plaintiff** 289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC | |
| | Total Charges | 100.75 |
| | Total Payments and Credits | 100.75 |
| | **Balance Due as of 12/19/2023** | **0.00** |

*Printed on 12/19/2023 at 9:41 AM*



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

## HEARING NOTICE

| Plaintiff<br>289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC<br>**v.**<br>**Defendant**<br>SBC Tower Holdings LLC | Civil Action File Number<br>3CA-2023-07850 |
|---|---|
| | **Attorney for the Plaintiff**<br>MURRAY GEREBOFF |
| **Attorney for the Defendant**<br>JAMES T HUGGARD | **Address and Telephone Number of the Plaintiff/Plaintiff Attorney**<br>GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI  02906<br>4017514350 |
| Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick, Rhode Island 02886<br>*(401) 822-6750 | |

To the parties on the above-entitled case, you are hereby given notice that this matter is set down for **Status Conference** at the court and location listed above on **01/17/2024** at **9:00 AM in Kent Courtroom 2D. Please bring this notice with you on the hearing date**.

You have a right to a hearing in front of a judicial officer, unless this case involves a Domestic Restraining Order. In an effort to resolve the matter prior to the court date, you are strongly encouraged to contact the Plaintiff's attorney listed above, either directly or through your attorney, to discuss a resolution.  If you plan on retaining Rhode Island Legal Services, telephone them immediately.  The court will give priority to cases where agreements have been achieved between the parties.

Unless otherwise notified by the District Court, you should appear for the above hearing.  If you fail to appear the matter will be heard and a decision may be rendered against you. If the scheduled hearing is a Citation in Supplementary Proceedings, a Motion to Adjudge in Contempt, or a Hearing for a Show Cause Citation, a failure to appear may result in a civil body attachment being issued for you.

| This Hearing Notice was generated on 12/14/2023. | /s/ Dawn Bellamy<br>Clerk |
|---|---|
| This Hearing Notice was sent to MURRAY GEREBOFF at<br> GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI  02906 | |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

DC-CMS-23 (revised November 2022)

\* If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed in the court location above as soon as possible.  TTY users can contact the District Court through Rhode Island Relay at 7-1-1 or 1-800-745- 555 (TTY) to voice number.

DC-CMS-23 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

## HEARING NOTICE

| Plaintiff<br>289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC<br>     v.<br>**Defendant**<br>SBC Tower Holdings LLC | Civil Action File Number<br>3CA-2023-07850 |
|---|---|
| | **Attorney for the Plaintiff**<br>MURRAY GEREBOFF |
| **Attorney for the Defendant**<br>JAMES T HUGGARD | **Address and Telephone Number of the Plaintiff/Plaintiff Attorney**<br>GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI  02906<br>4017514350 |
| Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick, Rhode Island 02886<br>*(401) 822-6750 | |

To the parties on the above-entitled case, you are hereby given notice that this matter is set down for **Status Conference** at the court and location listed above on **01/17/2024** at **9:00 AM in Kent Courtroom 2D. Please bring this notice with you on the hearing date**.

You have a right to a hearing in front of a judicial officer, unless this case involves a Domestic Restraining Order. In an effort to resolve the matter prior to the court date, you are strongly encouraged to contact the Plaintiff's attorney listed above, either directly or through your attorney, to discuss a resolution.  If you plan on retaining Rhode Island Legal Services, telephone them immediately.  The court will give priority to cases where agreements have been achieved between the parties.

Unless otherwise notified by the District Court, you should appear for the above hearing.  If you fail to appear the matter will be heard and a decision may be rendered against you. If the scheduled hearing is a Citation in Supplementary Proceedings, a Motion to Adjudge in Contempt, or a Hearing for a Show Cause Citation, a failure to appear may result in a civil body attachment being issued for you.

| This Hearing Notice was generated on 12/14/2023. | /s/ Dawn Bellamy<br>Clerk |
|---|---|
| This Hearing Notice was sent to SBC Tower Holdings LLC at<br> 10 Presidential Way<br>Woburn MA  01801 | |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

DC-CMS-23 (revised November 2022)

   * If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed in the court location above as soon as possible.  TTY users can contact the District Court through Rhode Island Relay at 7-1-1 or 1-800-745- 555 (TTY) to voice number.

DC-CMS-23 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

## HEARING NOTICE

| Plaintiff<br>289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC<br>    **v.**<br>**Defendant**<br>SBC Tower Holdings LLC | Civil Action File Number<br>3CA-2023-07850 |
|---|---|
| | **Attorney for the Plaintiff**<br>MURRAY GEREBOFF |
| **Attorney for the Defendant**<br>JAMES T HUGGARD | **Address and Telephone Number of the Plaintiff/Plaintiff Attorney**<br>GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI 02906<br>4017514350 |
| Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick, Rhode Island 02886<br>*(401) 822-6750 | |

    To the parties on the above-entitled case, you are hereby given notice that this matter is set down for **Status Conference** at the court and location listed above on **01/17/2024** at **9:00 AM in Kent Courtroom 2D. Please bring this notice with you on the hearing date**.

    You have a right to a hearing in front of a judicial officer, unless this case involves a Domestic Restraining Order. In an effort to resolve the matter prior to the court date, you are strongly encouraged to contact the Plaintiff's attorney listed above, either directly or through your attorney, to discuss a resolution. If you plan on retaining Rhode Island Legal Services, telephone them immediately. The court will give priority to cases where agreements have been achieved between the parties.

    Unless otherwise notified by the District Court, you should appear for the above hearing. If you fail to appear the matter will be heard and a decision may be rendered against you. If the scheduled hearing is a Citation in Supplementary Proceedings, a Motion to Adjudge in Contempt, or a Hearing for a Show Cause Citation, a failure to appear may result in a civil body attachment being issued for you.

| This Hearing Notice was generated on 12/14/2023. | /s/ Dawn Bellamy<br>Clerk |
|---|---|
| This Hearing Notice was sent to JAMES T HUGGARD at<br> BURNS & FARREY PC<br>2 SOUTH BOLTON STREET<br>MARLBOROUGH MA 01752 | |

    If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

DC-CMS-23 (revised November 2022)

    * If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed in the court location above as soon as possible.  TTY users can contact the District Court through Rhode Island Relay at 7-1-1 or 1-800-745- 555 (TTY) to voice number.

DC-CMS-23 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

## HEARING NOTICE

| Plaintiff<br>289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC<br>**v.**<br>**Defendant**<br>SBC Tower Holdings LLC | Civil Action File Number<br>3CA-2023-07850 |
|---|---|
| | **Attorney for the Plaintiff**<br>MURRAY GEREBOFF |
| **Attorney for the Defendant**<br>JAMES T HUGGARD | **Address and Telephone Number of the Plaintiff/Plaintiff Attorney**<br>GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI  02906<br>4017514350 |
| Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick, Rhode Island 02886<br>*(401) 822-6750 | |

To the parties on the above-entitled case, you are hereby given notice that this matter is set down for **Status Conference** at the court and location listed above on **01/17/2024** at **9:00 AM in Kent Courtroom 2D. Please bring this notice with you on the hearing date**.

You have a right to a hearing in front of a judicial officer, unless this case involves a Domestic Restraining Order. In an effort to resolve the matter prior to the court date, you are strongly encouraged to contact the Plaintiff's attorney listed above, either directly or through your attorney, to discuss a resolution.  If you plan on retaining Rhode Island Legal Services, telephone them immediately.  The court will give priority to cases where agreements have been achieved between the parties.

Unless otherwise notified by the District Court, you should appear for the above hearing.  If you fail to appear the matter will be heard and a decision may be rendered against you. If the scheduled hearing is a Citation in Supplementary Proceedings, a Motion to Adjudge in Contempt, or a Hearing for a Show Cause Citation, a failure to appear may result in a civil body attachment being issued for you.

| This Hearing Notice was generated on 12/14/2023. | /s/ Dawn Bellamy<br>Clerk |
|---|---|
| This Hearing Notice was sent to 289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC at<br> One James P Murphy Highway<br>W Warwick RI  02893 | |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

DC-CMS-23 (revised November 2022)

\* If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed in the court location above as soon as possible.  TTY users can contact the District Court through Rhode Island Relay at 7-1-1 or 1-800-745- 555 (TTY) to voice number.

DC-CMS-23 (revised November 2022)

Case Number: 3CA-2023-07850
Filed in 3rd Division District Court
Submitted: 12/12/2023 4:16 PM
Envelope: 4403635
Reviewer: Kelly Ritacco

Case 1:23-cv-00530-MSM-PAS    Document 5    Filed 12/19/23    Page 14 of 40 PageID #: 29

STATE OF RHODE ISLAND
KENT, SC

DISTRICT COURT
THIRD DIVISION
NO. 3CA-2023-07850

289 KILVERT, LLC
SUCCESSOR IN INTEREST TO
PAUL AND BARRY MILLER
PARTNERSHIP, LLC,
     Plaintiff

v.

SBC TOWER HOLDINGS LLC,
     Defendant

### DEFENDANT SBC TOWER HOLDINGS LLC'S DEMAND FOR REMOVAL TO SUPERIOR COURT PURSUANT TO R.I.G.L. §8-8-3

In its answer to the plaintiff's complaint, filed contemporaneously with this document, the

defendant SBC Tower Holdings LLC demands removal of this action to the superior court pursuant

to R.I.G.L. §8-8-3.

The Defendant,
SBC Tower Holdings LLC
By its attorney,

*/s/ James T. Huggard*
JAMES T. HUGGARD/#6464
Burns & Farrey, P.C.
2 South Bolton Street
Marlborough, MA 01752
Telephone 508-756-6288
huggard@burnsandfarrey.com

Case Number: 3CA-2023-07850
Filed in 3rd Division District Court
Submitted: 12/12/2023 4:16 PM
Envelope: 4403635
Reviewer: Kelly Ritacco

23-cv-00530-MSM-PAS    Document 5    Filed 12/19/23    Page 15 of 40 PageID #: 30

CERTIFICATE OF SERVICE

      I, JAMES T. HUGGARD, hereby certify that I have this date electronically filed and/or served this document through the electronic filing system of the State of Rhode Island to:

Murray Gereboff, Esquire
207 Waterman Street
Providence, RI 02906
gereboffm@yahoo.com

John O. Mancini, Esquire
56 Pine Street, 3rd Floor
Providence, RI 02903
jmancini@mancinicarter.com

Dated: December 12, 2023           _/s/ JAMES T. HUGGARD_____
                                 JAMES T. HUGGARD

4858-5434-8439, v. 1

Case Number: 3CA-2023-07850
Filed in 3rd Division District Court
Submitted: 12/12/2023 4:16 PM
Envelope: 4403635
Reviewer: Kelly Ritacco

STATE OF RHODE ISLAND                    DISTRICT COURT
KENT, SC                                 THIRD DIVISION
                                         NO. 3CA-2023-07850

_____

289 KILVERT, LLC
SUCCESSOR IN INTEREST TO
PAUL AND BARRY MILLER
PARTNERSHIP, LLC,
        Plaintiff

v.

SBC TOWER HOLDINGS LLC,
        Defendant
_____

### ANSWER OF DEFENDANT, SBC TOWER HOLDINGS LLC TO PLAINTIFF'S COMPLAINT, CLAIM FOR JURY TRIAL, AND DEMAND FOR REMOVAL TO SUPERIOR COURT PURSUANT TO R.I.G.L. §8-8-3

Answering to the plaintiff's complaint, the defendant, SBC Tower Holdings LLC, admits,

denies and alleges as follows:

1.      The defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph.

2.      The defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph.

3.      The defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph.

4.      The defendant denies the allegations contained in this paragraph.

5.      The defendant denies the allegations contained in this paragraph.

6.      The defendant denies the allegations contained in this paragraph.

7.      The defendant denies the allegations contained in this paragraph.

8.      The defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph.

Case Number: 3CA-2023-07850
Filed in 3rd Division District Court
Submitted: 12/12/2023 4:16 PM
Envelope: 4403635
Reviewer: Kelly Ritacco

3:23-cv-00530-MSM-PAS    Document 5    Filed 12/19/23    Page 17 of 40 PageID #: 32

9.    The defendant denies the allegations contained in this paragraph.

### FIRST DEFENSE

The defendant states pursuant to D.C.R. 12(b)(6), the complaint fails to state a claim upon which relief can be granted against the defendant.

### SECOND DEFENSE

And further answering, the defendant states that the plaintiff is barred from recovery because this action was not brought within the time specified by the General Laws of this State.

### THIRD DEFENSE

And further answering, the defendant states that the plaintiff cannot recover for the reason that it failed to give notice of the damages allegedly suffered by it to the defendant as required by law.

### FOURTH DEFENSE

And further answering, defendant states that the plaintiff, by its conduct and actions, is estopped from recovery of any judgment against the defendant.

### FIFTH DEFENSE

And further answering, the defendant states that the plaintiff has waived the right to assert the claims alleged in the complaint.

### SIXTH DEFENSE

And further answering, the defendant states that it is not liable to the plaintiff because of the doctrine of laches; the plaintiff has delayed unreasonably in instituting the instant action which has resulted to prejudice to the defendant.

### SEVENTH DEFENSE

And further answering, the defendant states pursuant to D.C.R. 12(b)(2) that there is a lack of jurisdiction over the defendant.

### EIGHTH DEFENSE

And further answering, the defendant states that there was and is no privity of contract between the defendant and the plaintiff.

Case Number: 3CA-2023-07850
Filed in 3rd Division District Court
Submitted: 12/12/2023 4:16 PM
Envelope: 4403635
Reviewer: Kelly Ritacco

Case 3:23-cv-00530-MSM-PAS    Document 5    Filed 12/19/23    Page 18 of 40 PageID #: 33

## NINTH DEFENSE

And further answering, defendant states that there has been a failure of consideration relative to the alleged contract between the plaintiff and the defendant.

## TENTH DEFENSE

And further answering, the defendant states that the plaintiff's complaint is barred by the doctrine of accord and satisfaction.

## ELEVENTH DEFENSE

And further answering, the defendant states that the plaintiff lacks standing to assert a claim for the damages alleged in the Complaint.

## TWELFTH DEFENSE

And further answering, the defendant states that the alleged lease is ambiguous.

## THIRTEENTH DEFENSE

And further answering, the defendant states that the plaintiff has waived its right to assert the claims as alleged in the complaint pursuant to the doctrine of avoidable consequences.

## FOURTEENTH DEFENSE

And further answering, the defendant asserts the defense of estoppel, waiver and release.

## FIFTEENTH DEFENSE

And further answering, the defendant states that the plaintiff failed to mitigate its damages.

## SIXTEENTH DEFENSE

And further answering, the defendant states that the plaintiff is not the real party in interest.

## SEVENTEENTH DEFENSE

And further answering, the defendant states that the plaintiff's complaint is barred as it fails to sue the real party or parties in interest.

## EIGHTEENTH DEFENSE

And further answering, the defendant states that the defendant reserves all other proper grounds for defense not herein stated as may be discovered during the pendency of this litigation.

Case Number: 3CA-2023-07850
Filed in 3rd Division District Court
Submitted: 12/12/2023 4:16 PM
Envelope: 4403635
Reviewer: Kelly Ritacco

Case 1:23-cv-00530-MSM-PAS    Document 5    Filed 12/19/23    Page 19 of 40 PageID #: 34

**DEMAND FOR REMOVAL TO SUPERIOR COURT**

The defendant demands removal of this action to the superior court pursuant to
R.I.G.L. §8-8-3.

The Defendant,
SBC Tower Holdings LLC
By its attorney,


*/s/  James T. Huggard*
JAMES T. HUGGARD/#6464
Burns & Farrey, P.C.
2 South Bolton Street
Marlborough, MA   01752
Telephone 508-756-6288
huggard@burnsandfarrey.com


CERTIFICATE OF SERVICE


I, JAMES T. HUGGARD, hereby certify that I have this date electronically filed and/or
served this document through the electronic filing system of the State of Rhode Island to:

Murray Gereboff, Esquire
207 Waterman Street
Providence, RI 02906
gereboffm@yahoo.com

John O. Mancini, Esquire
56 Pine Street, 3rd Floor
Providence, RI 02903
jmancini@mancinicarter.com


Dated: December 12, 2023          */s/ JAMES T. HUGGARD*
                                  JAMES T. HUGGARD


4892-9602-0117, v. 1

STATE OF RHODE ISLAND                           DISTRICT COURT
KENT, SC                                        THIRD DIVISION
                                                NO. 3CA-2023-07850

_____

W89 KILVERT, LLC
SUCCESSOR IN INTEREST TO
PAUL AND BARRY MILLER
PARTNERSHIPT, LLC,
     Plaintiff

v.

SBC TOWER HOLDINGS LLC,
_____    Defendant_____

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

     Please enter my appearance for the defendant, SBC Tower Holdings LLC, in the above-entitled matter.

                                 */s/  James T. Huggard*
                                 JAMES T. HUGGARD/#6464
                                 Burns & Farrey, P.C.
                                 2 South Bolton Street
                                 Marlborough, MA   01752
                                 Telephone 508-756-6288
                                 huggard@burnsandfarrey.com

CERTIFICATE OF SERVICE

I, JAMES T. HUGGARD, hereby certify on the date below, served Notice of Appearance through the electronic filing system to the following party or parties:

Murray Gereboff, Esquire
207 Waterman Street
Providence, RI 02906
gereboffm@yahoo.com

John O. Mancini, Esquire
56 Pine Street, 3rd Floor
Providence, RI 02903
jmancini@mancinicarter.com

Dated: December 12, 2023          /s/ JAMES T. HUGGARD
                                  JAMES T. HUGGARD

4855-7742-2996, v. 1

**STATE OF RHODE ISLAND**　　　　　　　　　　**DISTRICT COURT**
**KENT, SC**　　　　　　　　　　　　　　　　　**THIRD DIVISION**

289 KILVERT, LLC SUCCESSOR　　　：
IN INTERSET TO PAUL AND　　　　：
BARRY MILLER PARTNERSHIP　　　：
　　　　　*Plaintiff*　　　　　　　：
　　　　　　　　　　　　　　　　　：
v.　　　　　　　　　　　　　　　：　　　**C.A. No.: 3CA-2023-07850**
　　　　　　　　　　　　　　　　　：
**SBC TOWER HOLDINGS, LLC**　　　：

## WAIVER OF SUMMONS

TO:　SBC Tower Holdings, LLC
　　　c/o, James T. Huggard, Esq
　　　Burn & Farrey, P.C.
　　　2 South Bolton Street
　　　Marlborough, MA 01752

　　　I acknowledge receipt of your request that I waive service of a summons on behalf of SBC Tower Holdings, LLC, the Defendant in the above-entitled matter, which is case number 3CA-2023-07850, in the Kent County District Court, Third Division for the State of Rhode Island. I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

　　　I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

　　　I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

_11/17/2023_　　　　　　　　　　　　_James T. Huggard /de_
Date　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　_James T. Huggard_
　　　　　　　　　　　　　　　　　　Printed Name

_____
　　　　Duty to Avoid Unnecessary Costs of Service of Summons

1



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

### SUMMONS – SEVEN (7) DAY
### Commercial Property

| | Civil Action File Number<br>3CA-2023-07850 |
|---|---|
| Plaintiff/Landlord<br>289 Kilvert, LLC successor in interest to<br>Paul and Barry Miller Partnership LLC<br>v.<br>Defendant/Tenant<br>SBC Tower Holdings LLC | Attorney for the Plaintiff/Landlord or the<br>Plaintiff/Landlord<br>MURRAY GEREBOFF |
| | Address of the Plaintiff/Landlord's Attorney or the<br>Plaintiff/Landlord<br>GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI 02906 |
| Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick RI 02886<br>*(401) 822-6750 | Address of the Defendant/Tenant<br>10 Presidential Way<br>Woburn MA 01801 |

**TO THE DEFENDANT, SBC Tower Holdings LLC:**

You are hereby summoned and required to serve upon the Plaintiff/Landlord or the Plaintiff/Landlord's attorney, whose name and address appears above, an answer to the complaint which is herewith served upon you. **Your answer must be made within seven (7) days after service of the Summons, complaint, and Language Assistance Notice, exclusive of the date of service, and filed with the court. If you fail to appear on the date stated below, judgment by default will be taken against you for the relief demanded in the complaint.**

| TO THE DEFENDANT/TENANT, SBC Tower Holdings LLC<br>You are hereby ordered to appear at the District Court Listed above. Your appearance date is | APPEARANCE DATE AND TIME<br>Hearing Date: _____<br>9:00 A.M. |
|---|---|
| This Summons was generated on 10/31/2023. | /s/ Dawn Bellamy<br>Clerk |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

* If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed above as soon as possible. TTY users can contact the District Court through Rhode Island Relay at 7-11 or 1-800-745-5555 9 (TTY) to voice number.

Witness the seal/watermark of the District Court

DC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

| Plaintiff/Landlord<br>289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC<br>v.<br>Defendant/Tenant<br>SBC Tower Holdings LLC | Civil Action File Number<br>3CA-2023-07850 |
| --- | --- |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant/Tenant, SBC Tower Holdings LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant/Tenant personally.

☐ At the Defendant/Tenant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____

_____
Age _____
Relationship to the Defendant/Tenant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statue to receive service, further notice as required by statue was given as noted below. _____

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, Or manager. Name of person and designation _____

Page 1 of 2

DC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

Upon a private corporation, domestic or foreign:
   □ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____

   □ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____

   □ By delivering said papers to an agent authorized by appointment or by law to receive
   service of process. Name of authorized agent _____
   If the agent is one designated by statue to receive service, further notice as required by
   statue was given as noted below _____

   □ I was unable to make service after the following reasonable attempts: _____
   _____

**SERVICE DATE:** _____/_____/_____          **SERVICE FEE $_____**
           Month    Day    Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

Page 2 of 2

DC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

## HEARING NOTICE

| Plaintiff<br>289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC<br>v.<br>**Defendant**<br>SBC Tower Holdings LLC | Civil Action File Number<br>3CA-2023-07850 |
|---|---|
| | **Attorney for the Plaintiff**<br>MURRAY GEREBOFF |
| **Attorney for the Defendant**<br>SBC Tower Holdings LLC | **Address and Telephone Number of the Plaintiff/Plaintiff Attorney**<br>GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI  02906<br>4017514350 |
| Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick, Rhode Island 02886<br>*(401) 822-6750 | |

To the parties on the above-entitled case, you are hereby given notice that this matter is set down for **Hearing on Motion to Assign for Trial** at the court and location listed above on **12/14/2023** at **9:00 AM in Kent Courtroom 2D. Please bring this notice with you on the hearing date**.

You have a right to a hearing in front of a judicial officer, unless this case involves a Domestic Restraining Order. In an effort to resolve the matter prior to the court date, you are strongly encouraged to contact the Plaintiff's attorney listed above, either directly or through your attorney, to discuss a resolution.  If you plan on retaining Rhode Island Legal Services, telephone them immediately.  The court will give priority to cases where agreements have been achieved between the parties.

Unless otherwise notified by the District Court, you should appear for the above hearing.  If you fail to appear the matter will be heard and a decision may be rendered against you. If the scheduled hearing is a Citation in Supplementary Proceedings, a Motion to Adjudge in Contempt, or a Hearing for a Show Cause Citation, a failure to appear may result in a civil body attachment being issued for you.

| This Hearing Notice was generated on 11/29/2023. | /s/ Dawn Bellamy<br>Clerk |
|---|---|
| This Hearing Notice was sent to MURRAY GEREBOFF at<br> GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI  02906 | |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

DC-CMS-23 (revised November 2022)

* If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed in the court location above as soon as possible.  TTY users can contact the District Court through Rhode Island Relay at 7-1-1 or 1-800-745- 555 (TTY) to voice number.

DC-CMS-23 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

### DISTRICT COURT

### HEARING NOTICE

| Plaintiff<br>289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC<br>**v.**<br>**Defendant**<br>SBC Tower Holdings LLC | Civil Action File Number<br>3CA-2023-07850 |
| --- | --- |
| | **Attorney for the Plaintiff**<br>MURRAY GEREBOFF |
| **Attorney for the Defendant**<br>SBC Tower Holdings LLC | **Address and Telephone Number of the Plaintiff/Plaintiff Attorney**<br>GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI  02906<br>4017514350 |
| Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick, Rhode Island 02886<br>*(401) 822-6750 | |

To the parties on the above-entitled case, you are hereby given notice that this matter is set down for **Hearing on Motion to Assign for Trial** at the court and location listed above on **12/14/2023** at **9:00 AM in Kent Courtroom 2D. Please bring this notice with you on the hearing date.**

You have a right to a hearing in front of a judicial officer, unless this case involves a Domestic Restraining Order. In an effort to resolve the matter prior to the court date, you are strongly encouraged to contact the Plaintiff's attorney listed above, either directly or through your attorney, to discuss a resolution.  If you plan on retaining Rhode Island Legal Services, telephone them immediately.  The court will give priority to cases where agreements have been achieved between the parties.

Unless otherwise notified by the District Court, you should appear for the above hearing.  If you fail to appear the matter will be heard and a decision may be rendered against you. If the scheduled hearing is a Citation in Supplementary Proceedings, a Motion to Adjudge in Contempt, or a Hearing for a Show Cause Citation, a failure to appear may result in a civil body attachment being issued for you.

| This Hearing Notice was generated on 11/29/2023. | /s/ Dawn Bellamy<br>Clerk |
| --- | --- |
| This Hearing Notice was sent to SBC Tower Holdings LLC at<br> 10 Presidential Way<br>Woburn MA  01801 | |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

DC-CMS-23 (revised November 2022)

    \* If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed in the court location above as soon as possible.  TTY users can contact the District Court through Rhode Island Relay at 7-1-1 or 1-800-745- 555 (TTY) to voice number.

DC-CMS-23 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

## HEARING NOTICE

| Plaintiff<br>289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC<br>**v.**<br>**Defendant**<br>SBC Tower Holdings LLC | **Civil Action File Number**<br>3CA-2023-07850 |
|---|---|
| | **Attorney for the Plaintiff**<br>MURRAY GEREBOFF |
| **Attorney for the Defendant**<br>SBC Tower Holdings LLC | **Address and Telephone Number of the Plaintiff/Plaintiff Attorney**<br>GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI 02906<br>4017514350 |
| Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick, Rhode Island 02886<br>*(401) 822-6750 | |

To the parties on the above-entitled case, you are hereby given notice that this matter is set down for **Hearing on Motion to Assign for Trial** at the court and location listed above on **12/14/2023 at 9:00 AM in Kent Courtroom 2D. Please bring this notice with you on the hearing date.**

You have a right to a hearing in front of a judicial officer, unless this case involves a Domestic Restraining Order. In an effort to resolve the matter prior to the court date, you are strongly encouraged to contact the Plaintiff's attorney listed above, either directly or through your attorney, to discuss a resolution. If you plan on retaining Rhode Island Legal Services, telephone them immediately. The court will give priority to cases where agreements have been achieved between the parties.

Unless otherwise notified by the District Court, you should appear for the above hearing. If you fail to appear the matter will be heard and a decision may be rendered against you. If the scheduled hearing is a Citation in Supplementary Proceedings, a Motion to Adjudge in Contempt, or a Hearing for a Show Cause Citation, a failure to appear may result in a civil body attachment being issued for you.

| This Hearing Notice was generated on 11/29/2023. | /s/ Dawn Bellamy<br>Clerk |
|---|---|
| This Hearing Notice was sent to 289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC at<br>One James P Murphy Highway<br>W Warwick RI 02893 | |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

DC-CMS-23 (revised November 2022)

STATE OF RHODE ISLAND                     DISTRICT COURT
KENT, SC.                                 THIRD DIVISION

W89 KILVERT, LLC

      VS.                                C.A. NO. 23-7850

SBC TOWER HOLDINGS LLC

## MOTION TO ASSIGN

Now comes the Plaintiff in the above entitled matter and moves
that the above entitled matter be assigned for trial.

                              Plaintiff
                              by attorney


                              /s/Murray Gereboff

                              Murray Gereboff (0016)
                              207 Waterman St.
                              Providence, RI 02906
                              751-4350

To:  James T Huggard, Esq.
     Burn & Farrey, PC
     2 S. Bolton St.
     Marlborough, MA 01752

Please take notice that the within matter will be called for
hearing before the Third District Court, 222 Quaker Lane, Warwick,
RI on a date to be set by the court


                              /s/Murray Gereboff

                              Murray Gereboff

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14 day of July 2021 I mailed a copy of the above
motion to the above individual.

                              /s/Murray Gereboff

**STATE OF RHODE ISLAND**　　　　　　　　　　**DISTRICT COURT**
**KENT, SC**　　　　　　　　　　　　　　　　　　**THIRD DIVISION**

---

**289 KILVERT, LLC SUCCESSOR**　　:
**IN INTERSET TO PAUL AND**　　　　:
**BARRY MILLER PARTNERSHIP**　　　:
　　　　　　*Plaintiff*　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
**v.**　　　　　　　　　　　　　　　　:　　　　　**C.A. No.: 3CA-2023-07850**
　　　　　　　　　　　　　　　　　　:
**SBC TOWER HOLDINGS, LLC**　　　　:
　　　　　　　　　　　　　　　　　　:

---

## WAIVER OF SUMMONS

TO:　　SBC Tower Holdings, LLC
　　　　c/o, James T. Huggard, Esq
　　　　Burn & Farrey, PC.
　　　　2 South Bolton Street
　　　　Marlborough, MA 01752

　　　　I acknowledge receipt of your request that I waive service of a summons on behalf of SBC Tower Holdings, LLC, the Defendant in the above-entitled matter, which is case number 3CA-2023-07850, in the Kent County District Court, Third Division for the State of Rhode Island.  I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

　　　　I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

　　　　I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

_11/17/2023_　　　　　　　　　　_James T. Huggard /dc_
Date　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　_James T Huggard_
　　　　　　　　　　　　　　　　　Printed Name

---

Duty to Avoid Unnecessary Costs of Service of Summons

1



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

### SUMMONS – SEVEN (7) DAY
#### Commercial Property

| | Civil Action File Number<br>3CA-2023-07850 |
|---|---|
| **Plaintiff/Landlord**<br>289 Kilvert, LLC successor in interest to<br>Paul and Barry Miller Partnership LLC<br>v.<br>**Defendant/Tenant**<br>SBC Tower Holdings LLC | **Attorney for the Plaintiff/Landlord or the Plaintiff/Landlord**<br>MURRAY GEREBOFF |
| | **Address of the Plaintiff/Landlord's Attorney or the Plaintiff/Landlord**<br>GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI 02906 |
| Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick RI 02886<br>*(401) 822-6750 | **Address of the Defendant/Tenant**<br>10 Presidential Way<br>Woburn MA 01801 |

**TO THE DEFENDANT, SBC Tower Holdings LLC:**

You are hereby summoned and required to serve upon the Plaintiff/Landlord or the Plaintiff/Landlord's attorney, whose name and address appears above, an answer to the complaint which is herewith served upon you. **Your answer must be made within seven (7) days after service of the Summons, complaint, and Language Assistance Notice, exclusive of the date of service, and filed with the court. If you fail to appear on the date stated below, judgment by default will be taken against you for the relief demanded in the complaint.**

| TO THE DEFENDANT/TENANT, SBC Tower Holdings LLC<br>You are hereby ordered to appear at the District Court Listed above. Your appearance date is ➡ | **APPEARANCE DATE AND TIME**<br>Hearing Date: _____<br>9:00 A.M. |
|---|---|
| This Summons was generated on 10/31/2023. | /s/ Dawn Bellamy<br>Clerk |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

* If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed above as soon as possible. TTY users can contact the District Court through Rhode Island Relay at 7-11 or 1-800-745-5555 9 (TTY) to voice number.

Witness the seal/watermark of the District Court

DC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

| Plaintiff/Landlord<br>289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC<br>v.<br>Defendant/Tenant<br>SBC Tower Holdings LLC | Civil Action File Number<br>3CA-2023-07850 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant/Tenant, SBC Tower Holdings LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant/Tenant personally.

☐ At the Defendant/Tenant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____

_____
Age _____
Relationship to the Defendant/Tenant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statue to receive service, further notice as required by statue was given as noted below. _____

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, Or manager. Name of person and designation _____

Page 1 of 2

DC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process. Name of authorized agent _____
If the agent is one designated by statue to receive service, further notice as required by statue was given as noted below _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

| | |
|---|---|
| **SERVICE DATE:** _____ / _____ / _____<br>　　　　　　　　Month　　Day　　Year | **SERVICE FEE $**_____ |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

Page 2 of 2

DC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

### SUMMONS – SEVEN (7) DAY
**Commercial Property**

| | |
|---|---|
| | **Civil Action File Number**<br>3CA-2023-07850 |
| **Plaintiff/Landlord**<br>289 Kilvert, LLC successor in interest to Paul and Barry Miller Partnership LLC<br>v.<br>**Defendant/Tenant**<br>SBC Tower Holdings LLC | **Attorney for the Plaintiff/Landlord or the Plaintiff/Landlord**<br>MURRAY GEREBOFF<br>**Address of the Plaintiff/Landlord's Attorney or the Plaintiff/Landlord**<br>GEREBOFF & GELADE<br>207 WATERMAN STREET<br>PROVIDENCE RI  02906 |
| Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick RI  02886<br>*(401) 822-6750 | **Address of the Defendant/Tenant**<br>10 Presidential Way<br>Woburn MA  01801 |

**TO THE DEFENDANT**, SBC Tower Holdings LLC:

You are hereby summoned and required to serve upon the Plaintiff/Landlord or the Plaintiff/Landlord's attorney, whose name and address appears above, an answer to the complaint which is herewith served upon you. **Your answer must be made within seven (7) days after service of the Summons, complaint, and Language Assistance Notice, exclusive of the date of service, and filed with the court.  If you fail to appear on the date stated below, judgment by default will be taken against you for the relief demanded in the complaint.**

| | |
|---|---|
| **TO THE DEFENDANT/TENANT,** SBC Tower Holdings LLC<br>You are hereby ordered to appear at the District Court Listed above. Your appearance date is ⟶ | **APPEARANCE DATE AND TIME**<br>Hearing Date: _____<br>9:00 A.M. |
| This Summons was generated on 10/31/2023. | /s/ Dawn Bellamy<br>Clerk |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

* If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed above as soon as possible.  TTY users can contact the District Court through Rhode Island Relay at 7-11 or 1-800-745-5555 9 (TTY) to voice number.

Witness the seal/watermark of the District Court

DC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

| | |
|---|---|
| Plaintiff/Landlord<br>289 Kilvert, LLC successor in interest to Paul and<br>Barry Miller Partnership LLC<br>     v.<br>Defendant/Tenant<br>SBC Tower Holdings LLC | Civil Action File Number<br>3CA-2023-07850 |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant/Tenant, SBC Tower Holdings LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant/Tenant personally.

☐ At the Defendant/Tenant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
_____
Age _____
Relationship to the Defendant/Tenant _____

☐ With an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
If the agent is one designated by statue to receive service, further notice as required by statue was given as noted below. _____

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director,
Or manager. Name of person and designation _____

Page 1 of 2



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

Upon a private corporation, domestic or foreign:
 ☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____

 ☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____

 ☐ By delivering said papers to an agent authorized by appointment or by law to receive
  service of process. Name of authorized agent _____
  If the agent is one designated by statue to receive service, further notice as required by
  statue was given as noted below _____

 ☐ I was unable to make service after the following reasonable attempts: _____
_____

**SERVICE DATE**: _____/_____/_____  **SERVICE FEE** $_____
     Month  Day  Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

Page 2 of 2

DC-CMS-1 (revised November 2022)

Case Number: 3CA-2023-07850
Filed in 3rd Division District Court
Submitted: 10/30/2023 4:12 PM
Envelope: 4346883
Reviewer: Nancy Faella

3CA-cv-00530-MSM-PAS    Document 5    Filed 12/19/23    Page 39 of 40 PageID #:
54

STATE OF RHODE ISLAND     DISTRICT COURT
KENT, SC          THIRD DIVISION

289 KILVERT, LLC
SUCCESSOR IN INTEREST TO
PAUL AND BARRY MILLER
PARTNERSHIP, LLC

   VS.         C.A. No.

SBC TOWER HOLDINGS LLC


### COMPLAINT

1. Plaintiff, 289 Kilvert, LLC is the owner and lessor of the commercial property located at 289 Kilvert St, Warwick, RI.

2. Plaintiff purchased the property at 289 Kilvert St from Paul and Barry Miller Partnership, LLC.

3. Paul & Barry Miller Partnership LLC assigned all of its right title and interest in the Defendant's Lease to Plaintiff.

4. Defendant is a Delaware corporation not registered to do business in the State of Rhode Island.

5. Defendant is the lessee of said property pursuant to a lease dated May 1, 1990 and amended four times since that date.

6. Pursuant to Section 3 of the Second Amendment of the Lease "Lessee shall pay Lessor fifty percent (50%) of the amount Lessee receives pursuant to Nextel's sublease of the premises…" Section 3(a) of the Second Amendment to the Lease agreement further amends this provision to "Nextel or similar entity remains in possession during all renewals with revenue splits as aforesaid but not less than $800.00 monthly."

7. Defendant has repeatedly refused to disclose the sublessees or sublease income to Plaintiff or its predecessor in interest or to make any payment of the sublease amounts due pursuant to the Lease agreement to Plaintiff.

8. Plaintiff is aware of a recorded license agreement with Metro PCS Massachusetts, LLC and of permits issued by the

Case Number: 3CA-2023-07850
Filed in 3rd Division District Court
Submitted: 10/30/2023 4:12 PM
Envelope: 4346883
Reviewer: Nancy Faella

Case 1:23-cv-00530-MSM-PAS    Document 5    Filed 12/19/23    Page 40 of 40 PageID #: 55

City of Warwick for the addition of tower facilities to AT&T, Verizon, Dish Network, Metro PCS, Sprint, and T-Mobile.

9. Defendant is in arrears of the rent for a period in excess of fifteen days and owes an amount to be determined.

Wherefore, Plaintiff demands judgment for possession, damages for unpaid rent and damages for use and occupation of the premises to the date of entry of judgment in this matter, interest, costs and attorney fees.

Plaintiff
by attorney


/s/Murray Gereboff
Murray Gereboff (0016)
207 Waterman St.
Providence, RI 02906
751-4350

/S/John O. Mancini
John O. Mancini Esq.
Mancini Carter PC
56 Pine St 3rd Fl.
Providence, RI 02903